UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN REX RILEY, | ) | Case No. 5:17-cv--02266-SVW (JDE) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: September 4, 2018

_____
STEPHEN V. WILSON
United States District Judge